# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOEL MEANS, Inmate #581357,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) CIVIL NO. 06-104-JLF |
| **DAIV DONKEN, DOROTHY DRIVER,** | ) |
| **DOLSE LONG, DR. VASVERHENE, and** | ) |
| **NARSEE THE NURSE,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**FOREMAN, District Judge:**

Plaintiff, a detainee in the Chester Mental Health Center, brings this action pursuant to 42 U.S.C. § 1983. Plaintiff, a prisoner proceeding *pro se*, has filed a civil action pursuant to 42 U.S.C. § 1983. Despite correspondence from the Clerk, Plaintiff has not yet paid the $250 filing fee for this action, nor has he filed a properly supported motion for leave to proceed *in forma pauperis*. *See* 28 U.S.C. §§ 1914, 1915.

**IT IS HEREBY ORDERED** that, within **THIRTY (30) DAYS** of the date of the entry of this order, Plaintiff shall pay the $250 filing fee applicable to this action. In the alternative, Plaintiff may file a motion to proceed *in forma pauperis*, supported by a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the complaint and an affidavit that includes a statement of his assets. Plaintiff is **ADVISED** that in the event he has been transferred among institutions during this six-month period, it is Plaintiff's responsibility to obtain a copy of his prison trust account statement from each such facility and to forward it to the Court. Plaintiff is **FURTHER ADVISED** that his obligation to pay the filing fee for this action was

incurred at the time the action was filed; such an obligation will exist whether or not Plaintiff is granted leave to proceed *in forma pauperis.*  28 U.S.C. § 1915(b)(1); *see also Lucien v. Jockisch,* 133 F.3d 464, 467 (7th Cir. 1998).   The **Clerk** is **DIRECTED** to forward a sufficient number of the Court's *in forma pauperis* request forms to Plaintiff.

**IT IS FURTHER ORDERED** that upon conclusion of this thirty-day period, should Plaintiff fail to comply with this order, this case will be closed for failure to comply with an order of this Court.  FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED.**
**DATED: June 13, 2006.**

>        *s/ James L. Foreman*
>        **DISTRICT JUDGE**