**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **JOEL MEANS, Inmate #581357,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 06-104-JLF** |
| | ) | |
| **DAIV DONKEN,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

<u>**MEMORANDUM AND ORDER**</u>

**FOREMAN, District Judge:**

Plaintiff filed the instant action on February 2, 2006.  On June 13, 2006, the Court ordered Plaintiff to pay either the $250.00 filing fee for the action or to file a motion to proceed *in forma pauperis* or the case would be closed for failure to comply with an order of the Court (Doc. 3). Plaintiff has now responded to the Court's order with a letter in which Plaintiff states that he can pay the fee.  However, the Court has not received any payment, nor has the Court received an application to proceed *in forma pauperis* with the required affidavit that includes a statement of Plaintiff's assets and prison trust fund account statement for the six-month period preceding the complaint.

If the Court does not receive the full filing fee or an application to proceed *in forma pauperis* with the necessary paperwork so that the Court can assess an initial partial filing fee within 30 days, this case will be closed for failure to comply with an order of the Court. Fed. R. Civ. P. 41(b); *see generally Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994).  The Clerk is **DIRECTED** to forward to Plaintiff a copy of the Court's application to proceed *in forma pauperis*.

**IT IS SO ORDERED.**
**DATED:  July 10, 2006.**

*s/ James L. Foreman*
**DISTRICT JUDGE**