# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOEL MEANS, Inmate #581357,              ) | |
|                                          ) | |
|          Plaintiff,                      ) | |
|                                          ) | |
| vs.                                      ) | |
|                                          ) | CIVIL NO. 06-104-JLF |
| DAIV DONKEN, DOROTHY DRIVER,  ) | |
| DOLSE LONG, DR. VASVERHENE, and ) | |
| UNKNOWN PARTY,                           ) | |
|                                          ) | |
|          Defendants.                     ) | |

## MEMORANDUM AND ORDER

**FOREMAN, District Judge:**

On July 10, 2006, the Court ordered Plaintiff to pay the full filing fee in the action or provide the Court with an application to proceed *in forma pauperis* "that includes a statement of Plaintiff's assets and prison trust fund account statement for the six-month period preceding the complaint." Plaintiff was informed that if the Court did not receive the application "with the necessary paperwork so that the Court can assess an initial partial filing fee" within 30 days, the case will be closed for failure to comply with an order of the Court (Doc. 5).

In response, Plaintiff submitted an application to proceed *in forma pauperis* (Doc. 6). The four page form, however, was blank, except that Plaintiff included his name in the area provided. Plaintiff did not respond to any of the questions specifically asking about his financial status in the affidavit, and he did not sign the form. He did not include a trust fund account statement. He did note at the bottom of the last page that his prison trust fund account contains "$1,00000,00." The Court is unable to assess an initial partial filing fee based on the document or to grant *in forma*

*pauperis* status to Plaintiff.

As such, pursuant to the Court's order (Doc. 5), this action is **DISMISSED** for failure to comply with an order of the Court.  *See generally Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED.**
**DATED:  July 20, 2006.**

                                        **s/ James L. Foreman**
                                          **DISTRICT JUDGE**