## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOEL MEANS, Inmate #581357,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) CIVIL NO. 06-104-JLF |
| **DAIV DONKEN, DOROTHY DRIVER,** | ) |
| **DOLSE LONG, DR. VASVERHENE,** | ) |
| **and UNKNOWN PARTY,** | ) |
| | ) |
| **Defendants.** | ) |

### JUDGMENT

This action came before the Court on Plaintiff's motion to proceed *in forma pauperis*. On July 10, 2006, the Court ordered Plaintiff to file a completed *in forma pauperis* application form with an affidavit stating his assets and a certified copy of his trust fund account statement, warning him that failure to comply would result in dismissal of this action. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). Following Plaintiff's failure to properly file that document; the Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed for failure to comply with an order of this Court. Dismissal is without prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

July 20, 2006.                                      By:     s/ James L. Foreman
*Date*                                                              *District Judge*