IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOEL MEANS, Inmate #581357, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 06-104-JPG |
| ) | |
| DAIV DONKEN, DOROTHY DRIVER, ) | |
| DOLSE LONG, DR. VASVERHENE, ) | |
| and NARSEE THE NURSE, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915(e)(2). The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous.

Dismissal is without prejudice. Judgment is entered in favor of Defendants and against Plaintiff.

Plaintiff shall take nothing from this action.

July 23, 2007                                    By:   s/ J. Phil Gilbert
*Date*                                                         *District Judge*